

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00260-CV
_____

**GEORGE RUSSEY PARR IV, APPELLANT**

**V.**

**JOANNA BASS, APPELLEE**

On Appeal from the County Court at Law Number 2
Randall County, Texas
Trial Court No. 69,386-L2; Honorable Matthew C. Martindale, Presiding

October 22, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, George Russey Parr IV, filed a notice of appeal from the trial court's *Order Granting Petitioner's Motion to Revoke Suspension of Commitment* without paying the requisite filing fee. By letter of September 28, 2020, the clerk of this court notified Parr that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by October 8

would result in dismissal of the appeal. To date, Parr has not paid the filing fee or sought leave to proceed without payment of court costs.

Unless a party is excused from paying a filing fee, the clerk of this court is required to collect filing fees set by statute or by the Texas Supreme Court when an item is presented for filing. *See* TEX. R. APP. P. 5, 12.1(b), 20.1. Although the filing of a proper notice of appeal invokes an appellate court's jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed. TEX. R. APP. P. 25.1(b).

Because Parr has failed to comply with a requirement of the appellate rules and a notice from the clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

Per Curiam